IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00384-CMA-MEH

CAROLYN LOPES,

    Plaintiff,

v.

EDWARD C. HUGLER, Acting Secretary of United States Department of Labor, Employment Standards Administration, Office of Worker's Compensation Programs, and
SHIRLEY BRIDGE, District Director, District 12, U.S. Department of Labor, Employment Standards Administration, Office of Worker's Compensation Programs,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 14, 2009.**

    Defendants' Unopposed Motion for an Extension of Time to Respond to Amended Complaint [filed May 12, 2009; docket #9] is **granted**. Defendants shall file an answer or other response to the Complaint **on or before July 17, 2009**.

    In addition, Defendants' Motion to Allow for Telephonic Participation by Agency Counsel [filed May 12, 2009; docket #10] is **granted** *nunc pro tunc*.